MARION CARTWRIGHT, Appellant, *v.* THE CITY OF COHOES et al., Respondents.

*Cartwright* v. *City of Cohoes*, 39 App. Div. 69, affirmed.
(Argued December 13, 1900; decided January 8, 1901.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the third judicial department, entered March 15, 1899, affirming a judgment in favor of defendants entered upon the report of a referee.

*Lewis E. Carr* for appellant.

*Isaiah Fellows, Jr.,* and *Henry A. Strong* for respondents.

Judgment affirmed, with one bill of costs; no opinion.
Concur: PARKER, Ch. J., GRAY, O'BRIEN, HAIGHT, CULLEN and WERNER, JJ. Not sitting: LANDON, J.

---

ANNA E. POSTE, Appellant, *v.* AMERICAN UNION LIFE INSURANCE COMPANY, Respondent.

*Poste* v. *American Union L. Ins. Co.*, 32 App. Div. 189, affirmed.
(Argued December 13, 1900; decided January 8, 1901.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the third judicial department, entered October 4, 1898, affirming a judgment in favor of defendant entered upon a dismissal of the complaint by the court at a Trial Term without a jury.

*Daniel Naylon, Jr.,* and *Edward C. Whitmyer,* for appellant.

*George W. Miller* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: PARKER, Ch. J., GRAY, O'BRIEN, HAIGHT, CULLEN and WERNER, JJ. Not sitting: LANDON, J.